Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com



FILED
2014 MAY 29  AM 11:34

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re Subpoena to
City of Wilson dba Greenlight

)
)  MC 14-00386
)

### DECLARATION PURSUANT TO 17 U.S.C. § 512(h)

I, Dennis J. Hawk, the undersigned, declare that:

1.  I am an attorney licensed to practice law in the State of California and am associated with Business Law Group ("Business Law Group"), counsel for Rightscorp, Inc. ("Rightscorp"), a representative of various copyright owners. Business Law Group is authorized to act on behalf of Rightscorp and the copyright owners it represents on matters involving the infringement of their copyrighted sound recordings. This declaration is made in support of the accompanying Subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

2.  The purpose of the accompanying Subpoena is to obtain the identity of the alleged copyright infringers who are identified at the Internet Protocol addresses in the notices contained in Exhibit A to the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to our client and the copyright owners our client represents under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2014.

Dennis. J. Hawk

PAID
MAY 29 2014
Clerk, US District Court
COURT 4612